No. 885. OWENSBORO ON THE AIR, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 889. MCDONALD, TRUSTEE, *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Russell Rowell* for petitioners in No. 885. *Vincent B. Welch, Harold E. Mott, Edward P. Morgan* and *James P. Kem* for petitioner in No. 889. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *John L. Fitzgerald* for the United States and the Federal Communications Commission, respondents. *James A. McKenna, Jr.* and *Vernon L. Wilkinson* for American Broadcasting-Paramount Theatres, Inc., respondent in No. 885.

No. 891. CONTINENTAL GIN CO. *v.* MURRAY COMPANY OF TEXAS. C. A. 5th Cir. Certiorari denied. *E. L. All* for petitioner. *Hector M. Holmes* and *William W. Rymer, Jr.* for respondent.

No. 896. WILLIAMS *v.* MOORE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 772, Misc. BROWN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert M. Scott* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 897. WALKER *v.* WASHINGTON ET AL. Motion to dispense with printing of the petition granted. Petition for writ of certiorari to the Supreme Court of Washington denied.